**Melissa L. LAND, Appellant,**

v.

**WASHINGTON COUNTY, Appellee.**

**No. 01–1757.**

United States Court of Appeals,
Eighth Circuit.

Submitted Oct. 3, 2001.

Decided Oct. 4, 2001.

Before WOLLMAN, Chief Judge,
BOWMAN and LOKEN, Circuit Judges.

**PER CURIAM.**

Melissa Land appeals the District Court's[1] adverse grant of summary judgment in her action under the "association" provision of the Americans with Disabilities Act. *See* 42 U.S.C. § 12112(b)(4) (1994) (unlawful discrimination includes "excluding or otherwise denying equal jobs or benefits to a qualified individual because of the known disability of an individual with whom the qualified individual is known to have a relationship or association"). Having conducted a de novo review, *see Mole v. Buckhorn Rubber Prods., Inc.* 165 F.3d 1212, 1214 (8th Cir.) (standard of review), *cert. denied,* 528 U.S. 821, 120 S.Ct. 65, 145 L.Ed.2d 56 (1999), we affirm.

We agree with the District Court that Land failed to establish a prima facie case of association discrimination. *See Hilburn v. Murata Elecs. N. Am., Inc.,* 181 F.3d 1220, 1230–31 (11th Cir.1999) (listing elements of a prima facie case). We also conclude that the District Court did not abuse its discretion when it denied Land's motions for discovery sanctions.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

[1]. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.